# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

146250

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                     SC: 146250
                                                      COA: 304535
                                                      Ottawa CC: 10-035009-FC
SAGE GERADAS LEWIS,
          Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the October 4, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013                           _____

p0422                                                 Clerk